EXHIBIT "A"

TASKS PERFORMED BY TRUSTEE

1. Review schedules and records including records including recorder's office records relating to debtor's sale/transfer, within one year of the bankruptcy, of various parcels of real estate for which she received partial payment and a Note for balance                2.50

2. Creditors meetings and examinations and meetings with debtor                .50

3. Conversations with debtor, debtor's counsel re prior transfers                1.50

4. Opening of estate money market account                .35

5. Preparation of deposit slip and trip to bank                1.00

6. Preparation of Form SS4 to obtain federal identification number from IRS                .35

7. Ledger and DOJ Form 1 and Form 2 entries                .75

8. Checking of claims docket and individual claims                1.00

9. Misc. creditor conversations                .50

10. Preparation of Final Report and exhibits                3.00

11. Attendance at Final Hearing (anticipated time)                1.00

12. Preparation of revised distribution schedule, cutting of checks, ledger entries, preparation of Final Account after distribution (anticipated time)                2.50

TOTAL HOURS                14.95