UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL 60604

IN RE:                              )     CHAPTER 7 PROCEEDING
                                    )
NATALIE C. BURGARD                  )     CASE NO. 07 B 09800
            DEBTOR                  )
                                    )     HON. JOHN D. SCHWARTZ

## NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At: United States Bankruptcy Court, 219 S. Dearborn, Courtroom 719, Chicago, IL 60604

   On: **December 6, 2007**            Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   Receipts                              $ 25,021.78

   Disbursements                         $      907.00

   Net Cash Available for Distribution   $ 24,114.78

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Allan J. DeMars, trustee | $ None | $3,252.18 | $ 20.25 |
| Allan J. DeMars, attorney | $ None | $3,914.00 | |
| Lois West, accountant | $ None | $ 840.00 | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| NONE | $ | $ | $ |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00   must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be none.

7. Claims of general unsecured creditors totaling $8,730.18   have been allowed and will be paid *pro rata* only

after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 100.00%.

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 2 | U.S. Dept of Education | $ 2,881.36 | $ 2,881.36 |
| 3 | eCAST Settlement Corp. assignee of HSBC Bank Nevada NA/HSBC Card Services | 1,686.01 | 1,686.01 |
| 4 | eCAST Settlement Corp. assignee of HSBC Bank Nevada NA/HSBC Card Services | 1,669.15 | 1,669.15 |
| 5 | Roundup Funding, LLC | 2,493.66 | 2,493.66 |
|   |   | $ 8,730.18 | $8,730.18 |

Late claims will be paid 15.25171% on their claims.

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 6 | Citibank (South Dakota) N.A. | $14,111.51 | $ 2,152.25 |
| 7 | FIA Card Services, N.A. as successor to Bank of America and MBNA America Bank | $34,133.37 | 5,205.92 |
|   |   | $48,244.88 | $ 7,358.17 |

8.   Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.   The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.  Debtor has been discharged.

11.  The Trustee proposes to abandon the following property: at the hearing all of which is either subject to liens or has been claimed as exempt by the debtor:
     SEE TRUSTEE'S EXHIBIT "B"  IN FINAL REPORT FOR DETAILS or contact trustee.

Dated: **November 7, 2007**                                                                  For the Court,

                                                          By:
                                                               **KENNETH S. GARDNER**
                                                               Kenneth S. Gardner
                                                               Clerk of the U.S. Bankruptcy Court
                                                               219 So. Dearborn Street; 7th Floor
                                                               Chicago, IL 60604

Trustee:   Allan J. DeMars
Address:   100 W. Monroe - Suite 910
           Chicago, IL 60603
Phone No.: (312) 726-3377