UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL 60604

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| NATALIE C. BURGARD | ) | CASE NO. 07 B 09800 |
|       DEBTOR | ) | |
| | ) | HON. JOHN D. SCHWARTZ |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At: United States Bankruptcy Court, 219 S. Dearborn, Courtroom 719, Chicago, IL 60604

   On: **December 6, 2007**   Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---|
   | Receipts | $ 25,021.78 |
   | Disbursements | $ 907.00 |
   | Net Cash Available for Distribution | $ 24,114.78 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
   |---|---|---|---|
   | Allan J. DeMars, trustee | $ None | $3,252.18 | $ 20.25 |
   | Allan J. DeMars, attorney | $ None | $3,914.00 | |
   | Lois West, accountant | $ None | $ 840.00 | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
   |---|---|---|---|
   | NONE | $ | $ | $ |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00   must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be none.

7. Claims of general unsecured creditors totaling $8,730.18   have been allowed and will be paid *pro rata* only

after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 100.00%.

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 2 | U.S. Dept of Education | $ 2,881.36 | $ 2,881.36 |
| 3 | eCAST Settlement Corp. assignee of HSBC Bank Nevada NA/HSBC Card Services | 1,686.01 | 1,686.01 |
| 4 | eCAST Settlement Corp. assignee of HSBC Bank Nevada NA/HSBC Card Services | 1,669.15 | 1,669.15 |
| 5 | Roundup Funding, LLC | 2,493.66 | 2,493.66 |
|   |   | $ 8,730.18 | $8,730.18 |

Late claims will be paid 15.25171% on their claims.

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 6 | Citibank (South Dakota) N.A. | $14,111.51 | $ 2,152.25 |
| 7 | FIA Card Services, N.A. as successor to Bank of America and MBNA America Bank | $34,133.37 | 5,205.92 |
|   |   | $48,244.88 | $ 7,358.17 |

8. Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property: at the hearing all of which is either subject to liens or has been claimed as exempt by the debtor:
SEE TRUSTEE'S EXHIBIT "B"  IN FINAL REPORT FOR DETAILS or contact trustee.

Dated: **November 7, 2007**                                                                          For the Court,

By:
**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 So. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee: Allan J. DeMars
Address: 100 W. Monroe - Suite 910
Chicago, IL 60603
Phone No.: (312) 726-3377

BAE SYSTEMS
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

9800   Doc 61   Filed 11/07/07   Entered 11/10/07 00:25:22   Desc Imaged
Certificate of Service   Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1           Date Rcvd: Nov 07, 2007
Case: 07-09800                Form ID: pdf002          Total Served: 19


The following entities were served by first class mail on Nov 09, 2007.
db           +Natalie C. Burgard,    1317 W. Nelson, #1,    Chicago, IL 60657-4215
aty          +Joseph R Doyle,    Bizar & Doyle, LLC,    407 S. Dearborn St.,    Suite 1300,
               Chicago, IL 60605-1118
tr           +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
11395575     +AT&T Universal Mastercard,    8787 BAYPINE ROAD,    Jacksonville, FL 32256-8528
11395576      BANK OF AMERICA,    4060 OGLETOWN STAN,    MAIL CODE DE5-019-,    Newark, DE 19713
11395577     +Barclays Bank Delaware,    1007 N. Orange St.,    Wilmington, DE 19801-1239
11395578     +CITIBANK UCS,    8787 BAYPINE RD,    Jacksonville, FL 32256-8528
11672978      Citibank (South Dakota) N.A.,    Exception Payment Processing,    P.O. Box 6305,
               The Lakes, NV 88901-6305
11395579     +City of Joliet Municipal Services,    150 W. Jefferson St.,    Joliet, IL 60432-4158
11395580     +Countrywide Home Loans,    McCalla, Raymer, et al.,,    Bankruptcy Department,
               1544 Old Alabama Road,    Roswell, GA 30076-2102
11444526     +Countrywide Home Loans,    450 American St S,    Simi Valley, CA 93065-6285
11480791     +Countrywide Home Loans, Inc.,    Bankruptcy Department,    7105 Corporate Drive,
               Mail Stop PTX-C-35,    Plano, TX 75024-4100
11679250     +FIA Card Services NA,    Bnk of AmericaUSA/ MBNA America Bnk,    Attn Mr BK,    1000 Samoset Dr,
               DE5-023-03-03,    Newark, DE 19713-6000
11395583     +HSBC NV,    PO BOX 19360,    Portland, OR 97280-0360
11395582     +Honda Financial,    2170 POINT BLVD,    STE 100,    Elgin, IL 60123-7875
11395584     +NATIONAL CITY MTG CO,    PO BOX 1820,    Dayton, OH 45401-1820
11395581     +US Dept of Education,    DIRECT LOAN SVC CENTER,    PO BOX 5609,    Greenville, TX 75403-5609
11616314      eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC Card,    Services III,
               POB 35480,    Newark NJ 07193-5480

The following entities were served by electronic transmission on Nov 08, 2007.
11679250     +E-mail/PDF: bankofamericaebn@americaninfosource.com Nov 08 2007 05:34:17     FIA Card Services NA,
               Bnk of AmericaUSA/ MBNA America Bnk,    Attn Mr BK,    1000 Samoset Dr,    DE5-023-03-03,
               Newark, DE 19713-6000
11653283     +E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Nov 08 2007 06:15:26     Roundup Funding, LLC,
               MS 550,    PO Box 91121,    Seattle, WA 98111
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 09, 2007**              **Signature:** *Joseph Speetjens*