UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| NATALIE C. BURGARD | ) | Hon. JOHN D. SCHWARTZ |
| | ) | |
| | ) | Case No.  07 B 09800 |
| | ) | |

**Trustee's Final Account
and
<u>Application to Close Case and Discharge Trustee</u>**

To:   The Honorable JOHN D. SCHWARTZ
      United States Bankruptcy Judge

     Final distributions of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, copies of which are attached hereto as Group Exhibit A.

     All checks have been cashed.  Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 report attached hereto as Exhibit B. Form 2 also reflects a net total balance of zero for this estate.

     The Trustee certifies that the estate has been fully administered and requests that he be discharged and that the case be closed pursuant to 11 U.S.C. §350.


Dated: <u>1/15/08</u>                                                     <u>   /s/ Allan J. DeMars         </u>
                                                                                    Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                           )
                                 ) Case No. 07 B 09800
NATALIE C. BURGARD               ) Hon. JOHN D. SCHWARTZ
                                 ) Chapter 7
              Debtor             )

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER COMING TO BE HEARD on the Trustee's final requests for allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

1. Trustee's compensation
   Allan J. DeMars                     $ 3,252.18

2. Trustee's expenses
   Allan J. DeMars                     $    20.25

                           TOTAL       $ 3,272.43

IT IS FURTHER ORDERED that the requests for final compensation and expenses are allowed as follows:

1. Attorney for the Trustee
   a. Compensation
      Allan J. DeMars                  $ 3,914.00
   b. Expenses                         $

2. Accountant for the Trustee
   Lois West/Popowcer Katten, Ltd.
   a. Compensation                     $   840.00
   b. Expenses                         $

                           Total       $ 4,754.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this 6th day of December 2007

ENTERED

Enter:_____
         Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                          )
                                ) Case No. 07 B 09800
NATALIE C. BURGARD              ) Hon. JOHN D. SCHWARTZ
                                ) Chapter 7
            Debtor              )

PROPOSED DISTRIBUTION REPORT

    I, <u>Allan J. DeMars</u>, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I am making the following distribution:

SUMMARY OF DISTRIBUTION:
| | | |
|---|---|---|
| Fees and Expenses | Trustee: $3,272.18 | |
| | Attorney: $3,914.00 | |
| | Accts:   $  840.00 | $   8,026.43 |
| Chapter 7 Administrative Expenses: | | $ |
| Chapter 11 Administrative Expenses: | | $ |
| Priority Claims (507(a)(3)-(a)(7)): | | $ |
| Secured Tax Liens: | | $ |
| Priority Tax Claims: | | $ |
| General Unsecured Claims: | | $   8,730.18 |
| Other: Late claims | | $   7,413.74 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | | $  24,170.35 |

REPORT OF DISTRIBUTION

| 1.  TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a) & (b) and 507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $8,026.43 | 100% |

| CLAIM NUMBER | CREDITOR | | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|---|
| Allan J. DeMars: | trustee's fees | | $3,252.18 | $3,252.18 |
| | expenses | | 20.25 | 20.25 |
| | attorney's fees | | 3,914.00 | 3,914.00 |
| Lois West/ Popowcer Katten | accountant's fees | | 840.00 | 840.00 |
| | | | $8,026.43 | $8,026.43 |

REPORT OF DISTRIBUTION - CONT'D                     PAGE  2  of  6

|  | TOTAL | FINAL |
|---|---|---|
| 2.    TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND % |
| 726(a) & (b) and 507(a)(1)<br>(Debtor-in-possession (DIP)<br>administrative expenses)<br>(Domestic Support Obligations) | $ | |
|  | AMOUNT OF | AMOUNT OF |
| CLAIM NUMBER         CREDITOR | ALLOWED CLAIM | DIVIDEND |

|  | TOTAL | FINAL |
|---|---|---|
| 3.    TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND % |
| 507(a)(3) -Gap claims<br>arising in involuntary<br>cases and allowed pursuant<br>to 502(f) | $ | |
|  | AMOUNT OF | AMOUNT OF |
| CLAIM NUMBER         CREDITOR | ALLOWED CLAIM | DIVIDEND |

|  | TOTAL | FINAL |
|---|---|---|
| 4.    TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND % |
| 507(a)(4) - Wages,<br>salaries or commissions<br>limited to $10,950.00 | $ | |
|  | AMOUNT OF | AMOUNT OF |
| CLAIM NUMBER         CREDITOR | ALLOWED CLAIM | DIVIDEND |

REPORT OF DISTRIBUTION - CON'T                        PAGE  3  of  6 

|    |               | TOTAL            | FINAL      |
|----|---------------|------------------|------------|
| 5. | TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND % |

507(a)(5) - Contributions to   $
Employee Benefit Plans

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

|    |               | TOTAL            | FINAL      |
|----|---------------|------------------|------------|
| 6. | TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND % |

507(a)(6) - Farmers'          $
and Fishermans' claims
to the extent of $5,400.

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

|    |               | TOTAL            | FINAL      |
|----|---------------|------------------|------------|
| 7. | TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND % |

507(a)(7) - Deposits          $                                      %
by consumers to the extent
of $2,425.00

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

REPORT OF DISTRIBUTION - CONT'D                    PAGE 4 of 6

| 9.  TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 724(b) - Tax claims | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(8) - Tax claims excluding fines and penalties | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(9) - Capital Commitments to Federal Depository Institutions | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

REPORT OF DISTRIBUTION-CON'T                     Page 5 of 6

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $8,730.18 | 100.00% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 2 | U.S. Dept of Education | $ 2,881.36 | $ 2,881.36 |
| 3 | eCAST Settlement Corp. assignee of HSBC Bank Nevada NA/HSBC Card Services | 1,686.01 | 1,686.01 |
| 4 | eCAST Settlement Corp. assignee of HSBC Bank Nevada NA/HSBC Card Services | 1,669.15 | 1,669.15 |
| 5 | Roundup Funding, LLC | 2,493.66 | 2,493.66 |
|   |   | $ 8,730.18 | $8,730.18 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | AMOUNT OF DIVIDEND % |
|---|---|---|
| 726(a)(3) - Late unsecured claims. | $48,244.88 | 15.366.89% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 6 | Citibank (South Dakota) N.A. | $14,111.51 | $ 2,168.50 |
| 7 | FIA Card Services, N.A. as successor to Bank of America and MBNA America Bank | $34,133.37 | 5,245.24 |
|   |   | $48,244.88 | $ 7,413.74 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ | % |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

REPORT OF DISTRIBUTION-CON'T                              Page 6 of 6

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(5) - Interest | $ | |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(6) - Surplus to Debtor | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | $ | |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM# | CREDITOR | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN |
|---|---|---|---|---|

The secured claim (#1) of Countrywide Home Loans securing real estate located at 1646 Marquette Road, Joliet, IL was withdrawn.


    WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.


DATED: December 6, 2007                    /s/ Allan J. DeMars
                                                Trustee

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENT RECORDS**

| Case No.: | 07-B-09800 | Trustee's Name: | Allan J. DeMars |
| Case Name: | NATALIE BURGARD | Bank Name: | LaSalle Bank |
| Taxpayer ID#: | 68-6257436 | Initial CD #: | CDI |
| For Period Ending: | 12/31/07 | Blanket bond (per case limit): | 5,000,000 |
| | | Separate bond (if applicable): | |
| | | Money Market #: | 8604063597 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 8/14/07 | Ref 15 | Terrence Simpson | installment on repayment of receivable | 1121-000 | 8,333.33 | | 8,333.33 |
| 8/31/07 | Ref 18 | LaSalle Bank | interest on invested funds | 1270-000 | 5.44 | | 8,338.77 |
| 9/11/07 | Ref 15 | Terrence Simpson | installment on repayment of receivable | 1121-000 | 8,333.33 | | 16,672.10 |
| 9/30/07 | Ref 18 | LaSalle Bank | interest on invested funds | 1270-000 | 16.34 | | 16,688.44 |
| 10/15/07 | Ref 15 | Terrence Simpson | installment on repayment of receivable | 1121-000 | 8,333.34 | | 25,021.78 |
| 10/19/07 | Check 1001 | United States Treasury | 2007 Form 1041 taxes | 2810-000 | | 446.00 | 24,575.78 |
| 10/19/07 | Check 1002 | Illinois Dept. of Revenue | 2007 IL-1041 taxes | 2820-000 | | 461.00 | 24,114.78 |
| 10/31/07 | Ref 18 | LaSalle Bank | interest on invested funds | 1270-000 | 29.24 | | 24,144.02 |
| 11/29/07 | Ref 18 | LaSalle Bank | interest on invested funds | 1270-000 | 26.33 | | 24,170.35 |
| 12/6/07 | Check 1003 | Allan J. DeMars | trustee's fees | 2100-000 | | 3,252.18 | 20,918.17 |
| 12/6/07 | Check 1004 | Allan J. DeMars | reimbursement of expenses | 2200-000 | | 20.25 | 20,897.92 |
| 12/6/07 | Check 1005 | Allan J. DeMars | attorney's fees | 3110-000 | | 3,914.00 | 16,983.92 |
| 12/6/07 | Check 1006 | Lois West/Popowcer Katten, Ltd. | accountant's fees | 3410-000 | | 840.00 | 16,143.92 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 12/6/07 | Check 1007 | U.S. Dept. of Education | 726 (a)(2); 100% | 7100-000 | | 2,881.36 | 13,262.56 |
| 12/6/07 | Check 1008 | eCast Settlement Corp, assignee of HSBC Bank Nevada | 726 (a)(2); 100% | 7100-900 | | 1,686.01 | 11,576.55 |
| 12/6/07 | Check 1009 | eCast Settlement Corp, assignee of HSBC Bank Nevada | 726 (a)(2); 100% | 7100-900 | | 1,669.15 | 9,907.40 |
| 12/6/07 | Check 1010 | Roundup Funding, LLC | 726 (a)(2); 100% | 7100-900 | | 2,493.66 | 7,413.74 |
| 12/6/07 | Check 1011 | Citibank (South Dakota) N.A. | late claim 15.36689% | 7200-000 | | 2,168.50 | 5,245.24 |
| 12/6/07 | Check 1012 | FIA Card Services, N.A. as successor to Bank of America and MBNA Bank | late claim 15.36689% | 7200-000 | | 5,245.24 | 0.00 |

```
                                          COLUMN TOTALS      25,077.35      25,077.35            0.00
                              Less: Bank transfers/CD
                               Subtotal
                              Less: Payments to debtor(s)
                              Net                            25,077.35      25,077.35            0.00

                                                                              NET
TOTAL - ALL ACCOUNTS                              NET    DEPOSITS        DISBURSEMENTS      BALANCES
Checking#
Money Market # 8604063597                                25,077.35          25,077.35            0.00
Savings #
CD #CDI
Net                                                      25,077.35          25,077.35            0.00
                                                  Excludes account      Excludes payments   Total Funds
                                                      transfers             to debtor         on Hand
```